IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Fredrica M. Brailsford,<br><br>                Plaintiff,<br><br>    v.<br><br>Wateree Community Action, Inc., James L. Coleman, Jr., LaShonna Meagley, Joseph Davis, and Laurey Carpenter, in their professional and individual capacities,<br><br>                Defendants. | CASE NO: 3:13-cv-03101-MBS-KDW<br><br>ORDER REGARDING MOTION OF PLAINTIFF'S COUNSEL TO BE RELIEVED AS COUNSEL<br><br>**(Any Response from Plaintiff due April 20, 2015)** |

      This matter is before the court on the motions of Plaintiff's counsel to be relieved as counsel. ECF Nos. 50, 54 (Motion and Amended Motion). In both the Motion and the Amended Motion, Attorney Ryan Hicks seeks withdrawal as counsel of record for himself and his law firm, J. Lewis Cromer and Associates, L.L.C., "due to a break down in the attorney client relationship" and "Plaintiff's failure to follow counsel's advice." ECF No. 50 at 1, ECF No. 54 at 1. In the Amended Motion, it is represented that Plaintiff's initial counsel, Attorney W. Michael Hemlepp, Jr., joins in seeking relief as counsel, noting Attorney Hemlepp is now counsel with the City of Columbia. ECF No. 54 at 1. Attorney Hicks represents that Plaintiff has been served with a copy of the motions at her last known mailing address and provides the court with her telephone number, as required by Local Civil Rule 83.I.07 (D.S.C.).

      Local Civil Rule 83.I.07(B)(3) also requires that, when, as here, withdrawal of counsel will leave a party unrepresented, that party must also be advised of her right to object to the withdrawal. Local Civ. Rule 83.I.07 (B)(3) (D.S.C.). Counsels' submissions do not include such notification. Rather than deny the motions for failure to comply with the Local Rule's directive,

in this instance only, the court will provide this notice to Plaintiff.

TO PLAINTIFF:

Plaintiff is advised that Attorney Hicks seeks to withdraw from representing her in this matter. Attorney Hicks also seeks to relieve his law firm, J. Lewis Cromer & Associates, L.L.C. from representing Plaintiff. Additionally, Plaintiff's former counsel, Attorney Hemlepp, has joined in the request for withdrawal as he now works in the public sector. **Plaintiff has the right to object to the request of Attorney Hicks and his firm to withdraw as counsel**.

*If Plaintiff objects to the withdrawal*, she is to submit something in writing to the court no later than **April 20, 2015**. This response should explain why Plaintiff does not consent to the withdrawal of Attorney Hicks and his firm. The response may be provided in the form of a letter mailed to the Clerk of Court, Post Office Box 2317, Florence, SC 29503. The letter should also include the case number listed above (C/A No. 3:13-cv-3101-MBS-KDW).

*If Plaintiff does **not** object to the withdrawal*, she is not required to send anything to the court at this time.

The Clerk of Court is directed to send, by regular and certified mail, a copy of this Order to Plaintiff at the address provided by Attorney Hicks.

IT IS SO ORDERED.

*Kaymani D. West*

April 1, 2015                                                                Kaymani D. West
Florence, South Carolina                                          United States Magistrate Judge

2